UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR W. HOPEWELL, as
Trustee of The James L. Hopewell
Trust u/a/d 12/12/14 and as Personal
Representative of the Estate of
James L. Hopewell (Deceased),

    Plaintiff,

Case No. 1:25-cv-1132

v.

Hon. Hala Y. Jarbou

EARL HOPEWELL,

    Defendant.
_____/

## ORDER REGARDING REPORT AND RECOMMENDATION

Plaintiff Arthur W. Hopewell brought this action in state court. Defendant Earl Hopewell filed a notice of removal to this Court and then Plaintiff filed a motion to remand. On December 8, 2025, the magistrate judge entered a report and recommendation ("R&R") that the Court remand the matter to state court because Defendant has not shown that the Court possesses jurisdiction and because Defendant's notice of removal was untimely. (R&R, ECF No. 20.) The magistrate judge also recommends that the Court award Plaintiff his attorney's fees and costs incurred as a result of the improper removal. *See* 28 U.S.C. § 1447(c). Defendant has objected to the R&R, and Plaintiff has filed an affidavit of fees and costs.

Under Federal Rule of Civil Procedure 72,

> the district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3).

In his objections, Defendant fails to identify any error in the R&R. Indeed, Defendant's objections do not discuss the jurisdictional issues or the timing of his notice of removal. Similarly, Defendant does not assert any objection to the magistrate judge's conclusion that Plaintiff should be awarded costs and attorney's fees. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to remand the case to Kent County Circuit Court (ECF No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to Kent County Circuit Court, except that the Court retains jurisdiction to decide the amount of fees and costs to award Plaintiff for Defendant's improper removal.

**IT IS FURTHER ORDERED** that Defendant Earl Hopewell shall have fourteen days from this date to file a response to Plaintiff's affidavit of fees and costs (ECF No. 21).

Dated: February 3, 2026                /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE